UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERITA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  07-3958-LMA-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Merita Williams, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that defendant's cross-motion for summary judgment (Rec. doc. 16) is GRANTED and plaintiff's motion for summary judgment (Rec. doc. 14) is DENIED.

New Orleans, Louisiana, this   10th   day of June, 2008.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE