**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MERITA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3958-LMA-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

## REPORT AND RECOMMENDATION

The plaintiff, Merita S. Williams ("Williams"), sought judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claims for disability insurance benefits and a period of disability under Title II of the Social Security Act ("Act"), 42 U.S.C. § 423, and her claim for supplemental security income ("SSI") under Title XVI of the Act, 42 U.S.C. § 1382(a)(3).

Williams requested that the decision of the Commissioner be reversed and that she be found disabled and entitled to a period of disability and benefits since January 16, 2003. In the alternative, she requested that this matter be remanded to the Commissioner for an additional evidentiary hearing on the fact issues involved in the determination of whether she can perform light work, with the instruction that the Commissioner reconsider her prior decision in view of that additional evidence together with the rest of the record. Rec. doc. 14 at 10, and Rec. doc 24 at 21.

On May 21, 2008, it was recommended that the Commissioner's cross-motion for summary judgment (Rec. doc. 16) be granted and Williams' motion for summary judgment (Rec. doc. 14) be denied. Rec. doc. 18. On June 11, 2008, the District Judge adopted the report and recommendation and entered judgment for the Commissioner. Rec. docs. 25 and 26. Williams appealed.

On December 10, 2009, the Court of the Appeals for the Fifth Circuit stated that:

> [The] evidence did not support the ALJ's finding that Williams was able to stand or walk for six hours in an eight-hour workday. Indeed, the physical therapy discharge summary directly contradicts the ALJ's finding. Thus, the ALJ impermissibly relied on his own medical opinions as to the limitations presented by "mild to moderate

> stenosis" and "posterior spurring" to develop his factual finding. We therefore conclude the ALJ's findings regarding Williams's RFC were not supported by substantial evidence.

Rec. doc. 30 at 8. The court concluded that the Commissioner's decision denying Williams' claim for benefits was not supported by substantial evidence and it reversed the June 11, 2008 judgment and remanded the cause for further proceedings consistent with its opinion. Id. On February 2, 2010, the judgment from the Fifth Circuit was issued as mandate and filed in the Court's record. Rec. doc. 30.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that the cause of the plaintiff, Merita S. Williams, against the defendant, Michael J. Astrue, Commissioner of the Social Security Administration, be remanded to the Commissioner for further proceedings in accordance with the opinion of the Fifth Circuit.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this  11th  day of February, 2010.

                                              **SALLY SHUSHAN**
                                      **United States Magistrate Judge**