UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERITA WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-3958-LMA-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cause of the plaintiff, Merita S. Williams, against the defendant, Michael J. Astrue, Commissioner of the Social Security Administration, be remanded to the Commissioner for further proceedings in accordance with the opinion of the Court.

New Orleans, Louisiana, this __4th__ day of ___March___, 2010.

_____
UNITED STATES DISTRICT JUDGE